Query   Reports   Utilities   Help

What's New   Log Out

CLOSED,E-Filing

# U.S. District Court
# California Northern District (Oakland)
# CRIMINAL DOCKET FOR CASE #: 4:08-cr-00260-PJH-1

| | |
|---|---|
| Case title: USA v. Beane | Date Filed: 04/22/2008 |
| Related Case: [4:16-cv-02733-PJH](#) | Date Terminated: 11/19/2008 |
| Magistrate judge case number: 3:08-mj-70206-MAG | |

Assigned to: Hon. Phyllis J. Hamilton

**Defendant (1)**

| | | |
|---|---|---|
| **Scot Allan Beane** *TERMINATED: 11/19/2008* | represented by | **Edward Austin Smock** Office of the Federal Public Defender Northern District of California 450 Golden Gate Ave. Rm 19-6884 San Francisco, CA 94102 415-436-7700 Fax: 415-436-7706 Email: ned_smock@fd.org *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Public Defender or Community Defender Appointment* |

Heather Marie Angove
Law Office of Heather M. Angove
P.O. Box 28826
San Jose, CA 95159
408-317-3071
Email: heatherangove@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:751(a) Escape From Custody (1) | 151 months custody; 3 years supervised release; $400 special assessment; $13,480 restitution |
| 18:2113(a) Bank Robbery (2-4) | 151 months custody; 3 years supervised release; $400 special assessment; $13,480 restitution |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2113(a) bank robbery | |

**Plaintiff**

**USA**     represented by     **Lara Meredith Kroop**
US Department of Justice
Antitrust Division
450 Golden Gate Ave
Box 36046, Room 10-0101
San Francisco, CA 94102
(415) 436-6660
Fax: 415-436-6687
Email: Lara.Kroop@usdoj.gov
*(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Gabriel Ramon Martinez**
California Department of Justice
Land Use and Conservation Section
1515 Clay Street
21st Floor
Oakland, CA 94612
510-879-0270
Email: gabriel.martinez@doj.ca.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Jeane Hamilton**
Department of Justice
Antitrust Division
450 Golden Gate Ave
Rm 10-0101
San Francisco, CA 94012
415-934-5300

Fax: 415-934-5399
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Julie Cybelle Reagin**
United States Attorney's Office for the Northern District of California
450 Golden Gate Avenue, 11th Floor
P.O. Box 36055
San Francisco, CA 94102-3495
(415) 436-7025
Fax: (415) 436-7181
Email: julie.reagin@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/2008 | 1 | COMPLAINT as to Scot Allan Beane (1). (vlk, COURT STAFF) (Filed on 4/9/2008) [3:08-mj-70206-MAG] (Entered: 04/11/2008) |
| 04/14/2008 | 2 | Minute Entry for proceedings held before Judge Magistrate Judge James Larson:Initial Appearance as to Scot Allan Beane held on 4/14/2008, Added attorney Lara Meredith Kroop for USA, Edward Austin Smock for Scot Allan Beane. Detention Hearing set for 4/17/2008 09:30 AM before Magistrate Judge James Larson. (Tape #9:59-10:03.) (vlkS, COURT STAFF) (Filed on 4/14/2008) [3:08-mj-70206-MAG] (Entered: 04/15/2008) |
| 04/14/2008 |   | Arrest of Scot Allan Beane (lsk, COURT STAFF) (Filed on 4/14/2008) (Entered: 04/23/2008) |
| 04/15/2008 | 3 | STIPULATION *AND [PROPOSED] ORDER CONTINUING DETENTION HEARING DATE* by Scot Allan Beane (Smock, |

| | | |
|---|---|---|
| | | Edward) (Filed on 4/15/2008) [3:08-mj-70206-MAG] (Entered: 04/15/2008) |
| 04/16/2008 | 4 | ORDER CONTINUING DETENTION HEARING as to Scot Allan Beane re 3 Stipulation filed by Scot Allan Beane. Signed by Judge Magistrate Judge James Larson on 4/16/08. (jlsec, COURT STAFF) (Filed on 4/16/2008) [3:08-mj-70206-MAG] (Entered: 04/16/2008) |
| 04/16/2008 | | Detention Hearing set for 4/18/2008 09:30 AM before Magistrate Judge James Larson. [3:08-mj-70206-MAG] (Entered: 04/17/2008) |
| 04/18/2008 | 6 | Minute Entry for proceedings held before Judge Magistrate Judge Nandor J. Vadas:Detn hearing not held as to Scot Allan Beane on 4/18/2008 Preliminary Examination/arraignment set for 4/28/2008 09:30 AM before Magistrate Judge James Larson. (Tape #10:03-10:07.) (lsk, COURT STAFF) (Filed on 4/18/2008) (Entered: 04/23/2008) |
| 04/22/2008 | 5 | INDICTMENT as to Scot Allan Beane (1) count(s) 1, 2-4. (vlk, COURT STAFF) (Filed on 4/22/2008) (Entered: 04/23/2008) |
| 04/23/2008 | 7 | Warrant Returned Executed on 4/14/08. as to Scot Allan Beane. (lsk, COURT STAFF) (Filed on 4/23/2008) (Entered: 04/23/2008) |
| 04/28/2008 | 8 | Proposed Order by USA as to Scot Allan Beane *AND STIPULATION EXCLUDING TIME FROM APRIL 28, 2008 TO MAY 7, 2008* (Kroop, Lara) (Filed on 4/28/2008) (Entered: 04/28/2008) |
| 04/28/2008 | 9 | Minute Entry for proceedings held before Judge Magistrate Judge James Larson:Arraignment as to Scot Allan Beane (1) Count 1,2-4 held on 4/28/2008, Added attorney Edward Austin Smock for Scot Allan Beane. Status Conference set for 5/7/2008 01:30 PM. (Tape #9:39-9:42.) (vlk, COURT STAFF) (Filed on 4/28/2008) (Entered: 04/29/2008) |
| 04/29/2008 | 10 | ORDER EXCLUDING TIME as to Scot Allan Beane re 8 Proposed Order filed by USA. Signed by Judge Magistrate Judge James Larson on 4/29/08. (jlsec, COURT STAFF |

| | | |
|---|---|---|
| | | (Filed on 4/29/2008) (Entered: 04/29/2008) |
| 05/07/2008 | 11 | Minute Entry for proceedings held before Judge Hon. Phyllis J. Hamilton:Trial Setting Hearing as to Scot Allan Beane held on 5/7/2008 Motions/Trial Setting Hearing set for 5/28/2008 01:30 PM before Hon. Phyllis J. Hamilton. (Court Reporter Joan Columbini.) (nah, COURT STAFF) (Filed on 5/7/2008) (Entered: 05/07/2008) |
| 05/07/2008 | 12 | Proposed Order by USA as to Scot Allan Beane *AND STIPULATION EXCLUDING TIME FROM MAY 7, 2008 TO MAY 28, 2008* (Kroop, Lara) (Filed on 5/7/2008) (Entered: 05/07/2008) |
| 05/09/2008 | 13 | ORDER Excluding Time From May 7, 2008 To May 28, 2008 as to Scot Allan Beane re 12 Proposed Stipulated Order filed by USA. Signed by Judge Hon. Phyllis J. Hamilton on 5/9/08. (fj, COURT STAFF) (Filed on 5/9/2008) (Entered: 05/09/2008) |
| 05/28/2008 | 14 | Proposed Order by USA as to Scot Allan Beane *AND STIPULATION EXCLUDING TIME FROM MAY 28, 2008 TO JUNE 25, 2008* (Kroop, Lara) (Filed on 5/28/2008) (Entered: 05/28/2008) |
| 05/28/2008 | 15 | Minute Entry for proceedings held before Judge Hon. Phyllis J. Hamilton:Trial Setting Hearing as to Scot Allan Beane held on 5/28/2008. Trial Setting Hearing set for 6/25/2008 01:30 PM before Hon. Phyllis J. Hamilton. (Court Reporter Juanita Gonzalez.) (nah, COURT STAFF) (Filed on 5/28/2008) (Entered: 05/29/2008) |
| 05/29/2008 | 16 | STIPULATION AND ORDER EXCLUDING TIME FROM MAY 28, 2008 TO JUNE 25, 2008 as to Scot Allan Beane re 14 Proposed Order filed by USA. Signed by Judge Hon. Phyllis J. Hamilton on 5/29/08. (nah, COURT STAFF) (Filed on 5/29/2008) (Entered: 05/29/2008) |
| 06/25/2008 | 17 | Minute Entry for proceedings held before Judge Hon. Phyllis J. Hamilton:Change of Plea Hearing as to Scot Allan Beane held on 6/25/2008, Plea entered by Scot Allan Beane (1) Guilty Count 1,2-4. Sentencing set for 9/10/2008 01:30 PM |

| | | |
|---|---|---|
| | | before Hon. Phyllis J. Hamilton. (Court Reporter Debra Pas.) (vlk, COURT STAFF) (Filed on 6/25/2008) (Entered: 06/26/2008) |
| 07/02/2008 | 18 | Sealed Document as to Scot Allan Beane (vlkS, COURT STAFF) (Filed on 7/2/2008) (Entered: 07/11/2008) |
| 07/15/2008 | 19 | ORDER ADVANCING DATE OF JUDGMENT AND SENTENCE as to Scot Allan Beane. Sentencing set for 9/3/2008 01:30 PM before Hon. Phyllis J. Hamilton.Signed by Judge Hon. Phyllis J. Hamilton on 7/15/08. (nah, COURT STAFF) (Filed on 7/15/2008) (Entered: 07/15/2008) |
| 07/28/2008 | 20 | STIPULATION *and [Proposed] Order for Continuance* by Scot Allan Beane (Smock, Edward) (Filed on 7/28/2008) (Entered: 07/28/2008) |
| 07/30/2008 | 21 | STIPULATION AND ORDER FOR CONTINUANCE as to Scot Allan Beane 20 Stipulation filed by Scot Allan Beane. Sentencing set for 11/5/2008 01:30 PM before Hon. Phyllis J. Hamilton. Signed by Judge Hon. Phyllis J. Hamilton on 7/30/08. (nah, COURT STAFF) (Filed on 7/30/2008) (Entered: 07/30/2008) |
| 10/07/2008 | 22 | STIPULATION *AND [PROPOSED] ORDER FOR CONTINUANCE* by Scot Allan Beane (Smock, Edward) (Filed on 10/7/2008) (Entered: 10/07/2008) |
| 10/15/2008 | 23 | STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING as to Scot Allan Beane 22 Stipulation filed by Scot Allan Beane. Sentencing set for 11/19/2008 01:30 PM before Hon. Phyllis J. Hamilton.. Signed by Judge Hon. Jeffrey S. White for Hon. Phyllis J. Hamilton on 10/15/08. (nah, COURT STAFF) (Filed on 10/15/2008) (Entered: 10/15/2008) |
| 10/21/2008 | 24 | NOTICE OF ATTORNEY APPEARANCE Jeane Hamilton appearing for USA. (Hamilton, Jeane) (Filed on 10/21/2008) (Entered: 10/21/2008) |

| | | |
|---|---|---|
| 11/05/2008 | 25 | SENTENCING MEMORANDUM by USA as to Scot Allan Beane (Kroop, Lara) (Filed on 11/5/2008) (Entered: 11/05/2008) |
| 11/13/2008 | 26 | SENTENCING MEMORANDUM by Scot Allan Beane (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Smock, Edward) (Filed on 11/13/2008) (Entered: 11/13/2008) |
| 11/19/2008 | 27 | Minute Entry for proceedings held before Judge Hon. Phyllis J. Hamilton:Sentencing held on 11/19/2008 for Scot Allan Beane (1), Count(s) 1, 2-4, 151 months custody; 3 years supervised release; $400 special assessment; $13,480 restitution. (Court Reporter Katherine Sullivan.) (vlk, COURT STAFF) (Filed on 11/19/2008) (Entered: 11/20/2008) |
| 12/03/2008 | 28 | JUDGMENT in a Criminal Case as to Scot Allan Beane. Signed by Judge Hon. Phyllis J. Hamilton on 12/3/08. (nah, COURT STAFF) (Filed on 12/3/2008) (Entered: 12/03/2008) |
| 12/03/2008 | 29 | Sealing Order - General Order 54 as to Scot Allan Beane. Signed by Judge Hon. Phyllis J. Hamilton on 12/3/08. (nah, COURT STAFF) (Filed on 12/3/2008) (Entered: 12/03/2008) |
| 04/23/2014 | 30 | PAYMENT RECORD CARD: payment of special assessment in the amount of $400 paid on 3/11/14 on behalf of Scot Allan Beane. (kc, COURT STAFF) (Filed on 4/23/2014) (Entered: 04/30/2014) |
| 05/20/2016 | 31 | NOTICE OF ATTORNEY APPEARANCE: Heather Marie Angove appearing for Scot Allan Beane (Angove, Heather) (Filed on 5/20/2016) (Entered: 05/20/2016) |
| 05/20/2016 | 32 | MOTION to Vacate under 28 U.S.C. 2255 by Scot Allan Beane. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Angove, Heather) (Filed on 5/20/2016)<br>Civil case 4:16-cv-02733-PJH opened. (Entered: 05/20/2016) |
| 05/20/2016 | 33 | ADMINISTRATIVE MOTION TO FILE EXHIBIT UNDER SEAL; DECLARATION IN SUPPORT THEREOF; PROPOSED ORDER by Scot Allan Beane. (Angove, Heather) (Filed on 5/20/2016) Modified on 5/23/2016 (kcS, |

| | | |
|---|---|---|
| | | COURT STAFF). (Entered: 05/20/2016) |
| 05/20/2016 | 34 | Certificate of Service by Scot Allan Beane (Angove, Heather) (Filed on 5/20/2016) (Entered: 05/20/2016) |
| 05/20/2016 | 37 | Sealed Document as to Scot Allan Beane (kc, COURT STAFF) (Filed on 5/20/2016) (Entered: 06/06/2016) |
| 06/02/2016 | 35 | **ORDER to Show Cause as to Scot Allan Beane. Signed by Hon. Phyllis J. Hamilton on 6/2/2016. (pjhlc3, COURT STAFF) (Filed on 6/2/2016) (Entered: 06/02/2016)** |
| 06/03/2016 | 36 | **Order by Hon. Phyllis J. Hamilton granting 33 Motion to Seal Document as to Scot Allan Beane (1).(napS, COURT STAFF) (Filed on 6/3/2016) (Entered: 06/03/2016)** |
| 06/30/2016 | 38 | MOTION TO STAY PETITION UNDER 28 U.S.C. § 2255 *AND [PROPOSED] ORDER* by USA as to Scot Allan Beane. (Hamilton, Jeane) (Filed on 6/30/2016) Modified on 7/5/2016 (kcS, COURT STAFF). (Entered: 06/30/2016) |
| 06/30/2016 | | Set/Reset Motion and Deadlines/Hearings as to Defendant Scot Allan Beane re 38 MOTION TO STAY PETITION UNDER 28 U.S.C. § 2255 *AND [PROPOSED] ORDER*. Response due by 7/14/2016. Reply due by 7/21/2016. (napS, COURT STAFF) (Filed on 6/30/2016) (Entered: 06/30/2016) |
| 07/01/2016 | 39 | Memorandum in Opposition by Scot Allan Beane re 38 MOTION TO STAY PETITION UNDER 28 U.S.C. § 2255. (Attachments: # 1 Proposed Order)(Angove, Heather) (Filed on 7/1/2016) Modified on 7/5/2016 (kcS, COURT STAFF). (Entered: 07/01/2016) |
| 07/01/2016 | 40 | CLERK'S NOTICE as to Scot Allan Beane. The reply brief in support of the motion to stay shall be submitted by July 8, 2016. Set/Reset Deadlines as to 38 MOTION TO STAY PETITION UNDER 28 U.S.C. § 2255. Reply due by 7/8/2016. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (napS, COURT STAFF) (Filed on 7/1/2016) (Entered: 07/01/2016) |

| | | |
|---|---|---|
| 07/05/2016 | 41 | REPLY TO RESPONSE to Motion by USA as to Scot Allan Beane re 38 MOTION TO STAY PETITION UNDER 28 U.S.C. § 2255 *UNITED STATES REPLY IN SUPPORT OF ITS MOTION TO STAY PETITION UNDER 28 US.C. § 2255* (Hamilton, Jeane) (Filed on 7/5/2016) (Entered: 07/05/2016) |
| 07/28/2016 | 42 | **Order by Hon. Phyllis J. Hamilton denying 38 Motion to Stay as to Scot Allan Beane (1).(pjhlc3, COURT STAFF) (Filed on 7/28/2016) (Entered: 07/28/2016)** |
| 08/03/2016 | 43 | Memorandum in Opposition by USA as to Scot Allan Beane re 32 MOTION to Vacate under 28 U.S.C. 2255 (Hamilton, Jeane) (Filed on 8/3/2016) (Entered: 08/03/2016) |
| 08/31/2016 | 44 | REPLY TO RESPONSE to Motion by Scot Allan Beane re 32 MOTION to Vacate, Set Aside, Or Correct Sentence Under 28:2255. (Angove, Heather) (Filed on 8/31/2016) Modified on 9/1/2016 (kcS, COURT STAFF). (Entered: 08/31/2016) |
| 09/26/2016 | 45 | MOTION For Order to Apply Funds Held by Federal Bureau of Investigation to Payment of Restitution Judgment by USA as to Scot Allan Beane. Motion Hearing set for 10/12/2016 01:30 PM in Courtroom 3, 3rd Floor, Oakland before Hon. Phyllis J. Hamilton. (Attachments: # 1 Declaration of Julie C. Reagin in Support of US' Motion for Order to Apply Funds Held by FBI to Payment of Restitution Judgment, # 2 Proposed Order Granting US' Motion for Order to Apply Funds Held by FBI to Payment of Restitution Judgment) (Reagin, Julie) (Filed on 9/26/2016) (Entered: 09/26/2016) |
| 09/27/2016 | 46 | **ORDER Setting Briefing Schedule on Motion for Order to Apply Funds to Payment of Restitution as to Scot Allan Beane. Signed by Hon. Phyllis J. Hamilton on 9/27/2016. (pjhlc3, COURT STAFF) (Filed on 9/27/2016) (Entered: 09/27/2016)** |
| 09/27/2016 | 47 | Certificate of Service by USA as to Scot Allan Beane re 46 Order, 45 MOTION For Order to Apply Funds Held by Federal Bureau of Investigation to Payment of Restitution Judgment (Reagin, Julie) (Filed on 9/27/2016) (Entered: 09/27/2016) |

| | | |
|---|---|---|
| 10/11/2016 | 48 | NOTICE *of Non-Intervention* as to Scot Allan Beane re 46 Order (Angove, Heather) (Filed on 10/11/2016) (Entered: 10/11/2016) |
| 10/24/2016 | 49 | NOTICE *of Correspondence From Defendant* by USA as to Scot Allan Beane (Reagin, Julie) (Filed on 10/24/2016) (Entered: 10/24/2016) |
| 10/26/2016 | 50 | **ORDER granting 45 Motion as to Scot Allan Beane (1). Signed by Judge Hon. Phyllis J. Hamilton on 10/26/2016. (pjhlc1, COURT STAFF) (Entered: 10/26/2016)** |
| 10/26/2016 | 51 | Certificate of Service by USA as to Scot Allan Beane re 50 Order on Motion for Miscellaneous Relief (Reagin, Julie) (Filed on 10/26/2016) (Entered: 10/26/2016) |
| 10/26/2016 | 52 | NOTICE OF ATTORNEY APPEARANCE Gabriel Ramon Martinez appearing for USA. (Martinez, Gabriel) (Filed on 10/26/2016) (Entered: 10/26/2016) |
| 03/06/2017 | 53 | NOTICE CONCERNING BECKLES v. UNITED STATES, filed by Scot Allan Beane (Angove, Heather) (Filed on 3/6/2017) Modified on 3/7/2017 (jlmS, COURT STAFF). (Entered: 03/06/2017) |
| 03/15/2017 | 54 | MOTION for Voluntary Dismissal of Pending 28 U.S.C. § 2255 MOTION, by Scot Allan Beane. (Attachments: # 1 Proposed Order)(Angove, Heather) (Filed on 3/15/2017) Modified on 3/16/2017 (jlmS, COURT STAFF). (Entered: 03/15/2017) |
| 03/16/2017 | 55 | **ORDER GRANTING VOLUNTARY DISMISSAL OF 28 U.S.C. 2255 MOTION as to Scot Allan Beane re 54 MOTION for Voluntary Dismissal of Pending 28 U.S.C. § 2255 MOTION filed by Scot Allan Beane. Signed by Judge Phyllis J. Hamilton on 3/16/17. (kcS, COURT STAFF) (Filed on 3/16/2017) (Entered: 03/17/2017)** |
| 07/08/2019 | 56 | **Probation form 12 by Alex Gerstel as to Scot Allan Beane for Request for Modifying the Conditions or Term of Supervision with Consent of the Offender. Signed by Judge Phyllis J. Hamilton on 7/8/19. (Attachments: # 1** |

|  | **Waiver) (kcS, COURT STAFF) (Filed on 7/8/2019) (Entered: 07/08/2019)** |

# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

## Petition for Warrant for Person Under Supervision

| | |
|---|---|
| **Person Under Supervision**<br>Scot Allan Beane | **Docket Number**<br>0971 4:08CR00260-001 PJH |
| **Name of Sentencing Judge:** | The Honorable Phyllis J. Hamilton<br>Senior United States District Judge |
| **Date of Original Sentence:** | November 19, 2008 |

**Original Offense**
Count One: Escape from Custody, 18 U.S.C. §751(a), a Class D Felony;
Counts Two through Four: Bank Robbery, 18 U.S.C. § 2113(a), Class C Felonies

**Original Sentence:** 151 months imprisonment, as to each count, all four counts to be served concurrently. The term of imprisonment imposed shall run consecutively to the term in Case No. CR-01-156-01 SI.

**Special Conditions:** pay $13,480 restitution and $400 special assessment; provide the probation officer access to any financial information; abstain from the use of all alcoholic beverages; participate in a program of testing and treatment for alcohol abuse; participate in a mental health treatment program; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; DNA collection.

**Prior Form(s) 12:** On July 8, 2019, a Request for Modifying the Conditions or Term of Supervision was filed adding the condition for the person under supervision to reside at the Residential Reentry Center for a period of up to 90 days. The modification was included at the request of Mr. Beane as he sought a viable release plan.

| | |
|---|---|
| **Type of Supervision**<br>Supervised Release | **Date Supervision Commenced**<br>July 19, 2019 |
| **Assistant U.S. Attorney**<br>Lara Meredith Kroop | **Defense Counsel**<br>Edward Austin Smock (AFPD) |

**RE:**   Beane, Scot Allan                                                                                          2
         0971 4:08CR00260-001 PJH

---

**Petitioning the Court for the issuance of a no bail warrant for the arrest of the person under supervision.**

I, Brandon Howard, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the person under supervision violated the mandatory condition that he must not commit another federal, state or local crime. |
| | On October 31, 2020, the client was in violation of California Vehicle Code § 23152(a)- Driving Under the Influence of Alcohol, a misdemeanor. |
| | During a criminal record inquiry on January 27, 2021, the probation office discovered the person under supervision was arrested on the above-mentioned date in Los Angeles, California. This information was confirmed by the Los Angeles Seventy-Seventh Police Department. The incident report and details of the offense have been requested. |
| | Evidence in support of this charge is contained in a criminal history inquiry, and confirmation from the Los Angeles Police Department documented in a chronological entry dated January 27, 2021 maintained by the probation office. |

| Charge Number | Violation |
|---|---|
| Two | There is probable cause to believe that the person under supervision violated special condition number three (3) that he must abstain from the use of all alcoholic beverages. |
| | As referenced in Charge One of this petition, on October 31, 2020, the client was in violation of California Vehicle Code § 23152(a) - Driving Under the Influence of Alcohol. As such, he consumed an alcoholic beverage. |
| | Evidence in support of this charge is contained in a criminal history inquiry, and confirmation from the Los Angeles Police Department |

**RE:**   Beane, Scot Allan                                                                                                 3
0971 4:08CR00260-001 PJH

> documented in a chronological entry dated January 27, 2021 maintained by the probation office.

| Charge Number | Violation |
|---|---|
| Three | There is probable cause to believe that the person under supervision violated standard condition number one (1) that he must not leave the judicial district without permission of the court or probation officer. |

> According to the Los Angeles Police Department, the client was located in Los Angeles, California during the time of his arrest for Driving Under the Influence of Alcohol on October 31, 2020. The client was not given permission to travel outside the Northern District of California.

> Evidence in support of this charge is contained in a criminal history inquiry and confirmation from the Los Angeles Police Department documented in a chronological entry dated January 27, 2021 maintained by the probation office.

| Charge Number | Violation |
|---|---|
| Four | There is probable cause to believe that the person under supervision violated standard condition number six (6) that he must notify the probation officer at least ten days prior to any change in residence or employment. |

> According to the manager of the Alfred Center, where the client reported he was employed, the client is no longer employed at the Alfred Center as of October of 2020. The client did not inform the probation office of this change in his employment status.

> Evidence in support of this charge is contained in a chronological entry dated January 27, 2021 maintained by the probation office.

| Charge Number | Violation |
|---|---|
| Five | There is probable cause to believe that the person under supervision violated standard condition number six (6) that he must notify the probation officer at least ten days prior to any change in residence or employment. |

> According to the hotel manager at the Windsor Hotel where the client resides, the client had not been seen at the hotel since on or around October 30, 2020. The hotel manager further explained that the last time the client was seen on video footage was at 5:00 a.m. on October 30, 2020, when he was exiting the building. In addition, a pest control inspection was performed on or around February 2, 2021, which included the hotel management opening the client's door to spray his room, which further

**RE:** Beane, Scot Allan 4
0971 4:08CR00260-001 PJH

confirmed he was not in his room. Lastly, the hotel manager indicated the client has not paid rent since October of 2020.

Evidence in support of this charge is contained in a chronological entry dated February 4, 2021 maintained by the probation office.

Based on the foregoing, there is probable cause to believe that Scot Allan Beane violated the conditions of his Supervised Release. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,                          Reviewed by:

_/s/ Brandon Howard_                              _/s/ Aaron Tam_
Brandon Howard                                    Aaron Tam
U.S. Probation Officer                            Supervisory U.S. Probation Officer
Date Signed: February 26, 2021

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

[X]   The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE. THE FORM SHALL BE UNSEALED AND BE PART OF THE PUBLIC RECORD UPON ITS EXECUTION.

[ ]   Other:


  March 1, 2021                                   _/s/ Phyllis J. Hamilton_
  Date                                            Phyllis J. Hamilton
                                                  Senior United States District Judge

NDC-SUPV-FORM 12C(2)  4/6/2015

**RE:**   Beane, Scot Allan                                                                                                    5
         0971 4:08CR00260-001 PJH

## APPENDIX

Grade of Violations:  C [USSG §7B1.1(a)(3), p.s.]

Criminal History at time of sentencing:  VI

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Two years<br>18 U.S.C. § 3583(e)(3) | 8-14 months<br>USSG §7B1.4(a), p.s. |
| **Supervised Release:** | 3 years less any term of imprisonment imposed upon revocation of supervised release<br><br>18 U.S.C. § 3583(h) | 3 years less any term of imprisonment imposed upon revocation of supervised release<br><br>USSG §7B1.3(g)(2), p.s. |
| **Probation:** | Not Applicable | Not Applicable |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District Of California

| United States of America | ) |
|---|---|
| v. | ) Case No. 4:08CR00260-001 PJH |
| Scot Allan Beane | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Scot Allan Beane,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

California Vehicle Code § 23152(a)- Driving Under the Influence of Alcohol, a misdemeanor.

Date: 03/01/2021

*Susan Y. Soong*
*Issuing officer's signature*

City and state: San Francisco, California

Jacquelyn M. Lovrin,
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*